UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID MARK PHILLIPS, | Civil No. 06-424 (PAM/JSM) |
| Plaintiff, | |
| v. | **ORDER** |
| DAVID HARTFORD, Director, ANOKA METRO REGIONAL TREATMENT CENTER, et al., | |
| Defendants. | |

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated April 12, 2006. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: May 9, 2006

s/ Paul A. Magnuson
PAUL A. MAGNUSON
United States District Court Judge